

701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Main 504.581.7979
Fax 504.556.4108

Liskow.com

**Raymond T. Waid**   Direct: (504) 556-4042
rwaid@liskow.com

February 7, 2022

<u>**VIA ECF ONLY**</u>

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Expeditors International of Washington, Inc. v.*
                  *Hyundai Merchant Marine Company, Ltd.*
                  **SDNY Case No.: 1:21-cv-09068 (RA)**

Dear Honorable Judge Abrams,

      In accordance with the court's order of February 1, 2022, I filed my Notice of Appearance as counsel for Hyundai Merchant Marine Company, Ltd. Prior counsel, Montgomery McCracken Walker & Rhoads LLP, is working to transfer the file materials to Liskow & Lewis. I respectfully request a 30-day extension of the current February 14, 2022 deadline to file the Motion to Dismiss to Wednesday, March 16, 2022. I have discussed this extension with Plaintiff's counsel and he has no objection.

                                           Best regards,

                                           Raymond T. Waid

RTW/dk

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE