UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MERCHANT MARINE COMPANY, LTD., <br><br> Defendant. | No. 21-CV-9068 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

    The parties in this matter shall appear for a brief telephonic conference with the Court on February 27, 2023 at 4:00 p.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    February 24, 2023
             New York, New York

                                                                Ronnie Abrams
                                                                United States District Judge