UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MERCHANT MARINE COMPANY, LTD., <br><br> Defendant. | No. 21-CV-9068 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

As directed by the Court in its March 3, 2023 order, Plaintiff Expeditors International repleaded its claim in this action for indemnification against Defendant Hyundai Merchant Marine Company in the related action pending in this Court, *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, Case No. 22-CV-8574, on March 9, 2023. By no later than March 17, 2023, the parties shall advise the Court as to whether there is any reason this action cannot be terminated.

Dated:   March 10, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge