UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MERCHANT MARINE COMPANY, LTD., <br><br> Defendant. | No. 21-CV-9068 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On March 9, 2023, Plaintiff Expeditors International repleaded its claim in this action for indemnification against Defendant Hyundai Merchant Marine Company in the related action pending in this Court, *Balanza Asia Co. Lt. v. Expeditors Int'l of Wash., Inc.*, Case No. 22-CV-8574. On March 14, 2023, the parties submitted a joint letter indicating that this action may be dismissed in light of Expeditors' third-party complaint filed in the related matter.

Accordingly, Expeditors' complaint is dismissed. The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:   March 15, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge